Donald VANCIL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76931.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 25, 2000.

Douglas R. Hoff, Asst. Public Deender, St. Louis, for appellant.

Jeremiah W. (Jay), Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Movant, Donald Vancil, appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).